UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X

SHEILA BARNES WILLIAMS,

                Plaintiff,

-against-

CITY OF NEW YORK, BOARD OF
EDUCATION OF THE CITY OF NEW YORK,
and ELTON JACKSON,

                Defendant.

------------------------------------------------------------X

99-CV-2697 (ARR)(LB)

NOT FOR
PRINT OR ELECTRONIC
PUBLICATION

ORDER

ROSS, United States District Judge:

I have received the Report and Recommendation on the instant case dated November 3, 2006, from the Honorable Lois Bloom, United States Magistrate Judge. No objections have been filed. Having conducted a <u>de novo</u> review of the record, I hereby adopt the Report and Recommendation, in its entirety, as the opinion of the Court pursuant to 28 U.S.C. § 636(b)(1).

Accordingly, plaintiff's action is dismissed for failure to comply with the court's orders. The Clerk of the Court is directed to close the file.

SO ORDERED.

Allyne R. Ross
United States District Judge

Dated: December 1, 2006
        Brooklyn, New York

1

SERVICE LIST:

    *Pro se* Plantiff
    Sheila Barnes Williams
    757 Bushwick Avenue, #1-M
    Brooklyn, NY 11221

    Defendants' Attorney
    Rippi Gill
    Office of Corporation Counsel
    Labor and Employment Law Division
    100 Church Street
    Room 2-144
    New York, NY 10007

cc:    Magistrate Judge Lois Bloom